and *W. Holt Wooddell,* Assistant Attorney General, for respondent.

No. 569. MUNICIPAL ACCEPTANCE CORP. *v.* JAMES, STATE TAX COMMISSIONER. December 23, 1940. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied. *Messrs. Anan Raymond* and *Ashton File* for petitioner. *Messrs. Clarence W. Meadows,* Attorney General of West Virginia, and *W. Holt Wooddell,* Assistant Attorney General, for respondent.

No. 574. KING COUNTY ET AL. *v.* W. J. LAKE & Co., INC. December 23, 1940. Petition for writ of certiorari to the Supreme Court of the State of Washington denied. *Messrs. Elias A. Wright* and *W. A. Toner* for petitioners.

No. 575. PRODUCERS PIPE LINE Co. *v.* MARTIN, COMMISSIONER OF REVENUE FOR KENTUCKY, ET AL. December 23, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. R. Miller Holland* for petitioner.

No. 581. GREAT AMERICAN INSURANCE Co. *v.* COMPANHIA DE NAVEGACAO LLOYD BRASILEIRO; and

No. 585. COMPANHIA DE NAVEGACAO LLOYD BRASILEIRO *v.* GREAT AMERICAN INSURANCE Co. ET AL. December 23, 1940. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs.*